IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROLYN DISKEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY and ALLSTATE INSURANCE COMPANY<br>    Defendants. | )<br>)<br>)<br>)<br>) Case No.: 12-CV-500-RAW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), the Plaintiff, Carolyn Diskey, dismisses the above captioned case without prejudice. In support of such dismissal, the Plaintiff states that no answer or motion for summary judgment has been filed by the Defendants.

Dated: January 22, 2013

              Respectfully Submitted,

              GIBBON, BARRON & BARRON, P.L.L.C.

              _s/ Zachary T. Barron_
              Zachary T. Barron, OBA # 18919
              20 East 5th Street, Suite 1000
              Tulsa, OK 74103
              (918) 745-0687 Telephone
              (918) 745-0821 Facsimile
              Zbarron@gbbfirm.com

              *Attorney for Plaintiff*

- 2 -

*Of Counsel:*

Paul J. Hanly, Jr.
phanly@hanlyconroy.com
Jayne Conroy
jconroy@hanlyconroy.com
Andrea Bierstein
abierstein@hanlyconroy.com
Mitchell Breit
mbreit@hanlyconroy.com
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Ave., 7th Floor
New York, New York 10016
Tel: (212) 784-6401 (PJH)
Tel: (212) 784-6402 (JC)
Tel: (212) 784-6403 (AB)
Fax: (212) 213-5949

Derek Y. Brandt
dbrandt@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
One Court Street
Alton, Illinois 62002
Tel: (618) 259-2222
Fax: (618) 259-2251

F. Inge Johnstone
ijohnstone@ingejohnstone.com
**THE LAW OFFICES OF F. INGE JOHNSTONE**
The Landmark Center, Sixth Floor
2100 First Avenue North
P.O. Box 11447
Birmingham, AL 35203
Tel: (205) 383-1809
Fax: (888) 759-3882

James M. Terrell
jterrell@mmlaw.net
**MCCALLUM METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Tel: (205) 939-0199
Fax: (205) 939-0399

R. Brent Irby
birby@mhcilaw.com
**MCCALLUM HOAGLUND COOK & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
Tel: (866) 974-8145
Fax: (205) 824-7768

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert H. Alexander, Jr.
alexattys@productlaw.com
John J. Love
jjlove@productlaw.com
Robert W. Ivy
rwivy@productlaw.com

In addition, I also certify that on January 22, 2013, a true and correct copy of the foregoing was served via first class U.S. mail, postage pre-paid to:

Richard L. Fenton
richard.fenton@snrdenton.com
Mark L. Hanover
mark.hanover@snrdenton.com
Wendy N. Enerson
wendy.enerson@snrdenton.com
Jennifer A. Barrett
Jennifer.barrett@snrdenton.com
SNR Denton US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606

                                                    s/ Zachary T. Barron
                                                    Zachary T. Barron